# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>JEFFREY LAWRENCE HARRELL,<br><br>                               Defendant. | Case No.: 19CR4240-JLS<br>               19CR7056-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING AND SUPERVISED RELEASE REVOCATION HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **May 7, 2021**; the hearing is **CONTINUED** to **Friday, July 9, 2021** at **10:30 a.m.**

The Supervised Release Revocation Hearing set for May 7, 2021 is also continued to Friday, July 9, 2021 at 10:30 a.m.

IT IS SO ORDERED.

Dated: May 5, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge